UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTISAN TECHNOLOGIES LLC,

                Plaintiff,

v.

INTERLUDE US INC. d/b/a EKO,

                Defendant.

25-mc-359 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This motion is presented to me in my capacity as Part I judge. Plaintiff has moved to file a Trade Secret Addendum under seal in a new civil case with a publicly filed Complaint. The motion is granted. Plaintiff may provisionally file the Trade Secret Addendum under seal consistent with the instructions for filing contained in the Court's ECF Rules & Instructions, Rule 6.14.

    This order is only provisional and shall last for a period of no longer than seven days, subject to review by the judge assigned to this action.

SO ORDERED.

Dated:    August 27, 2025
              New York, New York

_____
Ronnie Abrams
United States District Judge
Part I